```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 04665
    OLGA LOPEZ
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8594

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2007 and was confirmed 07/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
FIFTH THIRD BANK            CURRENT MORTG    2280.00           .00        2280.00
FIFTH THIRD BANK            MORTGAGE ARRE    6749.98           .00            .00
FIFTH THIRD BANK            CURRENT MORTG        .00           .00            .00
FIFTH THIRD BANK            SECURED NOT I        .00           .00            .00
CHASE MANHATTAN MTG CORP    CURRENT MORTG        .00           .00            .00
CHASE MANHATTAN MTG CORP    MORTGAGE ARRE    9344.00           .00            .00
CHASE MANHATTAN MTG CORP    NOTICE ONLY    NOT FILED           .00            .00
FIFTH THIRD BANK            NOTICE ONLY    NOT FILED           .00            .00
HSBC MORTGAGE SERVICE       NOTICE ONLY    NOT FILED           .00            .00
HSBC MORTGAGE SERVICES      CURRENT MORTG        .00           .00            .00
HSBC MORTGAGE SERVICES      MORTGAGE ARRE     829.78           .00            .00
WASHINGTON MUTUAL BANK      NOTICE ONLY    NOT FILED           .00            .00
HITCHCOCK AND ASSOCIATES    PRIORITY       NOT FILED           .00            .00
CAPITAL ONE BANK            UNSEC W/INTER  NOT FILED           .00            .00
CITY OF CHICAGO             NOTICE ONLY    NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSEC W/INTER  NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSEC W/INTER  NOT FILED           .00            .00
HOUSEHOLD BANK              UNSEC W/INTER    1027.02           .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY    NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE    UNSEC W/INTER     556.27           .00            .00
SENTRY CREDIT INC           UNSEC W/INTER  NOT FILED           .00            .00
TCF BANK                    UNSEC W/INTER  NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    PRIORITY          400.00           .00            .00
INTERNAL REVENUE SERVICE    UNSEC W/INTER     400.00           .00            .00
WASHINGTON MUTUAL           CURRENT MORTG        .00           .00            .00
WASHINGTON MUTUAL           MORTGAGE ARRE        .00           .00            .00
FIFTH THIRD BANK            UNSEC W/INTER  NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    PRIORITY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY    NOT FILED           .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY    NOT FILED           .00            .00
US ATTORNEY                 NOTICE ONLY    NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04665 OLGA LOPEZ
```

```
THOMAS R HITCHCOCK        DEBTOR ATTY     1,944.50                    1,015.74
TOM VAUGHN                TRUSTEE                                       244.26
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      3,540.00

PRIORITY                                                  .00
SECURED                                              2,280.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,015.74
TRUSTEE COMPENSATION                                   244.26
DEBTOR REFUND                                             .00
                          ---------------     ---------------
TOTALS                       3,540.00               3,540.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/26/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE